Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S W Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JADOUA MAIDAA, an individual; HSIU YUAN LIU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01610-DOC-JDE<br><br>**Request for Entry of Default** |

REQUEST FOR ENTRY OF DEFAULT

1

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff JAMES RUTHERFORD hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant **JADOUA MAIDAA, an individual**, on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant **JADOUA MAIDAA,** by substituted service on 9/11/2019, as evidenced by the proof of service of summons on file with this Court.

Dated: October 10, 2019                **MANNING LAW, APC**

By:   */s/ Joseph R. Manning Jr., Esq.*
   Joseph R. Manning, Jr., Esq.

   Attorney for Plaintiff